DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALTON BERNARD MANOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1228

[July 15, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 50-2016-CF-007823-BXXX-MB.

Alton Bernard Manor, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***